No. 233. FREDERICK *v.* UNITED STATES. On certificate from the Circuit Court of Appeals for the Eighth Circuit. Argued October 18, 1934. Dismissed February 11, 1935. *Per Curiam:* In view of the provisions of Public Resolution No. 1, 74th Congress, approved January 28, 1935, the certificate herein is dismissed to the end that further proceedings may be had in accordance with the Resolution. *Messrs. Warren E. Miller* and *Oscar W. Worthwine* for Frederick. *Mr. Will G. Beardslee* and *Solicitor General Biggs,* with whom *Messrs. Wilbur C. Pickett* and *W. Marvin Smith* were on the brief, for the United States.

No. 347. EARWOOD, GUARDIAN, *v.* UNITED STATES. On petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit. February 11, 1935. *Per Curiam:* The petition for certiorari in this case is granted. In view of the provisions of Public Resolution No. 1, 74th Congress, approved January 28, 1935, the judgment of the Circuit Court of Appeals is vacated and the cause is remanded to that Court with instructions to determine whether the District Court should have directed a verdict on the merits, and to enter judgment accordingly. *Mr. Walter McElreath* for petitioner. *Solicitor General Biggs* and *Messrs. Will G. Beardslee* and *Randolph C. Shaw* for the United States.

No. 18, original. UNITED STATES *v.* ARIZONA. February 11, 1935. It is ordered that this cause be assigned for hearing on the application for an interlocutory injunction on Monday, March 4, next, at the head of the call for that day, and that the defendant, its officers, agents, and employees, be, and they hereby are, restrained from interfering with the construction of Parker Dam pending the hearing and determination of said application.